```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
Julia E. Barone        Plaintiff(s),:
                                    :       09 Civ. 7397 (KBF)
                                    :
          -v-                       :       ORDER ADOPTING
                                    :       REPORT AND
                                    :       RECOMMENDATION
Michael J. Astrue     Defendant(s). :
                                    :
------------------------------------X

KATHERINE B. FORREST, District Judge:


     This case was referred to Magistrate Judge Debra C. Freemman
for the preparation of a Report and Recommendation pursuant to
28 U.S.C. § 636(b). On December 27, 2011 Judge Freeman issued
her Report and Recommendation to this Court. Objections by the
parties to this Report and Recommendation were to be filed on or
before January 13, 2012.

     No objections having been filed, the Court adopts the Report
and Recommendation in its entirety, and this action is hereby
remanded to the Social Security Administration for further
findings.



          SO ORDERED:

Dated:    New York, New York
          February 6, 2012


                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge